## (February 15, 1943.)

FIRST NATIONAL BANK AND TRUST COMPANY OF MAMARONECK et al., Respondents, v. MAMARONECK HOTEL CORPORATION et al., Defendants; REUBEN

P. Brewer et al., as Executors of Burton C. Meighan, Sr., Deceased, et al., Defendants-Respondents; Aimee Underhill, as Executrix of Walter Underhill, Deceased, Defendant-Appellant.

No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.